THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MARTY H. SHACKELFORD                                                                PLAINTIFF

v.                                              CIVIL ACTION NO: 3:16-CV-158-MPM-SAA

KAREN R. WOOTEN;
ATLANTIC SPECIALTY INSURANCE COMPANY;
ONEBEACON AMERICA INSURANCE COMPANY;
and JOHN DOE                                                                        DEFENDANTS

## ORDER STAYING CASE

Defendants Atlantic Specialty Insurance Company and OneBeacon America Insurance Company each have filed motions to compel arbitration and to stay proceedings. [Dockets 7 & 9]. Local Uniform Civil Rule 16(b)(3)(B) dictates that:

> Filing a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

Consequently, this case is hereby STAYED pending a ruling on the motions to compel arbitration. Counsel are directed to notify the undersigned within fourteen days of a ruling on the motions.

SO ORDERED, this, the 22nd day of July, 2016.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE